UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | 1:12-cv-01895-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (ECF No. 5) |
| Defendants. | |

Plaintiff Eric Charles Rodney Knapp ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2012, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 5.)

Plaintiff previously filed a motion to proceed in forma pauperis on November 19, 2012. (ECF No. 2.) It was granted on November 28, 2012. (ECF No. 4.) Accordingly, Plaintiff's current motion to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated:  December 6, 2012          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

-1-